District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALIKA KADYROV fka KURBANOVA,<br><br>Plaintiff,<br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-00994-JNW<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>July 16, 2025 |

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until September 30, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. Defendants' response to the Complaint is currently due on August 1, 2025. The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for



UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS is currently transferring Plaintiff's asylum case from the San Francisco Asylum Office to the asylum office that covers Plaintiff's current address in Illinois. Once the new asylum office has received the case, it will need time to review the file and then schedule an asylum interview. As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until September 30, 2025. The parties will submit a status update on or before September 30, 2025.

DATED this 16th day of July, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Phone: (253) 428-3824
Fax: (253) 428-3826
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 261 words, in compliance with the Local Civil Rules.*

LAW OFFICE OF LIYA DJAMILOVA

*s/ Liya Djamilova*
LIYA DJAMILOVA, WSBA# 57783
Law Office of Liya Djamilova
421 23 Avenue S
Seattle, Washington 98144
Phone: 206-623-0118
Email: liya@djamilova.com
*Attorneys for Plaintiff*

**ORDER**

The case is held in abeyance until September 30, 2025. The parties shall submit a status update on or before September 30, 2025. It is so **ORDERED**.

DATED this 17th day of July, 2025.

JAMAL N. WHITEHEAD
United States District Judge



UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800