1          District Judge Jamal N. Whitehead

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT FOR THE
                       WESTERN DISTRICT OF WASHINGTON
8                                  AT SEATTLE

9
   MALIKA KADYROV fka KURBANOVA,          Case No. 2:25-cv-00994-JNW
10
                          Plaintiff,       STIPULATED MOTION TO HOLD
11           v.                            CASE IN ABEYANCE AND
                                           ORDER
12 KRISTI NOEM, *et al.*,
                                           Noted for Consideration:
13                       Defendants.       September 18, 2025

14

15          For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant

16 to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate

17 and move to stay these proceedings until October 30, 2025.  Plaintiff brought this litigation

18 pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel

19 U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application.  This

20 case is currently stayed through September 30, 2025.  The parties are currently working towards a

21 resolution to this litigation.

22          Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706

23 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to

24 control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE                          UNITED STATES ATTORNEY
[Case No. 2:25-cv-00994-JNW] - 1                         1201 PACIFIC AVE., STE. 700
                                                         TACOMA, WA 98402
                                                         (253) 428-3800

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.

2  P. 1.

3     With additional time, this case may be resolved without the need of further judicial

4  intervention.  USCIS conducted Plaintiff's asylum interview on September 17, 2025.  USCIS

5  needs additional time to continue processing the application.  Accordingly, the parties request that

6  the Court hold the case in abeyance until October 30, 2025.  The parties will submit a status update

7  on or before October 30, 2025.

8     DATED this 18th day of September, 2025.

9  Respectfully submitted,

10 TEAL LUTHY MILLER                          LAW OFFICE OF LIYA DJAMILOVA
   Acting United States Attorney

11

12 *s/ Michelle R. Lambert*                   *s/ Liya Djamilova*
   MICHELLE R. LAMBERT, NYS #4666657          LIYA DJAMILOVA, WSBA# 57783
   Assistant United States Attorney           Law Office of Liya Djamilova

13 United States Attorney's Office            421 23 Avenue S
   Western District of Washington             Seattle, Washington 98144

14 1201 Pacific Ave., Ste. 700                Phone: 206-623-0118
   Tacoma, WA 98402                           Email:  liya@djamilova.com

15 Phone: (253) 428-3824                      *Attorneys for Plaintiff*
   Fax:    (253) 428-3826

16 Email:  michelle.lambert@usdoj.gov

17 *Attorneys for Defendants*

18 *I certify that this memorandum contains 221*
   *words, in compliance with the Local Civil*
19 *Rules.*

20

21

22

23

24

STIPULATED MOTION FOR ABEYANCE                          UNITED STATES ATTORNEY
[Case No. 2:25-cv-00994-JNW] - 2                        1201 PACIFIC AVE., STE. 700
                                                        TACOMA, WA 98402
                                                        (253) 428-3800

**ORDER**

The case is held in abeyance until October 30, 2025.  The parties shall submit a status update on or before October 30, 2025.  It is so **ORDERED**.

DATED this 19th day of September, 2025.

_____

JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00994-JNW] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800