District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALIKA KADYROV fka KURBANOVA, | Case No. 2:25-cv-00994-JNW |
| Plaintiff, | STIPULATED MOTION TO STAY AND ORDER |
| v. | |
| KRISTI NOEM, *et al.*, | Noted for Consideration: October 23, 2025 |
| Defendants. | |

Defendants respectfully request a stay of the proceedings in this case due to the lapse of appropriations to the Department of Justice (the Department). Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. This case is currently stayed through October 30, 2025, as the parties were working on resolving the litigation prior to the government shutdown. Good cause exists for staying the proceedings, and the interests of justice and judicial economy will be served by granting this motion. Defendants' counsel has conferred with Plaintiff's counsel who has agreed to stipulate to the requested relief of a stay followed by a joint status report once appropriations are restored. The Department provides the following background for the Court's consideration.

STIPULATED MOTION FOR A STAY
[Case No. 2:25-cv-00994-JNW] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

At the end of the day on September 30, 2025, funding to the Department expired and its appropriations lapsed. The same is true for many Executive agency clients with whom Department attorneys must coordinate their litigation activities. The Department does not know when funding will be restored by Congress.

Absent an appropriation, certain Department attorneys and employees of the federal government are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. The term "'emergencies involving the safety of human life or the protection of property' does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*. Therefore, the lapse in appropriations requires a reduction in the workforce of the United States Attorney's Office, particularly with respect to prosecution and defense of civil cases.

District courts have inherent power to stay proceedings in cases. *Oregon Mut. Ins. Co. v. Ham & Rye*, *LLC*, No. C10-579RJB, 2010 WL 2787852, at *3 (W.D. Wash. July 14, 2010). The "power to stay is 'incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'" *Id*. (citing *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). When determining whether to stay proceedings, a court should weigh the "competing interests which will be effected by the granting or refusal to grant a stay," including "the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (citing *Landis*, 299 U.S. at 254).

STIPULATED MOTION FOR A STAY
[Case No. 2:25-cv-00994-JNW] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1    The above factors weigh in favor of granting a stay of proceedings in cases handled by the

2    United States Attorney's Office, including this case. Most Assistant United States Attorneys and

3    support staff in the Civil Division will be furloughed for the duration of the lapse in appropriations

4    and will be unable to perform critical case work. For example, attorneys will not be able to engage

5    in discovery, review case materials, prepare motions, engage in settlement discussions, or prepare

6    for trial.

7        Specific to this case, Defendants will not be able to meet the next deadline to submit a joint

8    status report, which is currently set for October 30, 2025.  A stay of this litigation should not

9    prejudice Plaintiff.  USCIS's operations, as relevant to this litigation, have not been impacted by

10   the lapse in appropriations.  Furthermore, USCIS reports that it has adjudicated Plaintiff's

11   application at issue here. Thus, the parties will confer about dismissing this matter once the lapse

12   of appropriations has ended and Defendants' counsel may work on this case.

13       Accordingly, Defendants request the Court stay this case for the duration of the current

14   lapse of appropriations. As set forth in the proposed order, Defendants further request that the stay

15   be lifted automatically and immediately as soon as the lapse of appropriations has ended.

16   Defendants ask the Court to order the parties to confer and file a joint status report within ten court

17   days after the restoration of funding.

18       Based on the foregoing, Defendants respectfully request this case be stayed for the duration

19   of the current lapse in appropriations.

20       //

21       //

22       //

23       //

24       //

STIPULATED MOTION FOR A STAY
[Case No. 2:25-cv-00994-JNW] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1      DATED this 23rd day of October, 2025.

2 Respectfully submitted,

3 CHARLES NEIL FLOYD             LAW OFFICE OF LIYA DJAMILOVA
  United States Attorney

4

  *s/ Michelle R. Lambert*           *s/ Liya Djamilova*
5 MICHELLE R. LAMBERT, NYS #4666657    LIYA DJAMILOVA, WSBA# 57783
  Assistant United States Attorney        Law Office of Liya Djamilova
6 United States Attorney's Office         421 23 Avenue S
  Western District of Washington        Seattle, Washington 98144
7 1201 Pacific Ave., Ste. 700           Phone: 206-623-0118
  Tacoma, WA 98402               Email: liya@djamilova.com
8 Phone: (253) 428-3824
  Fax:    (253) 428-3826            *Attorneys for Plaintiff*
9 Email: michelle.lambert@usdoj.gov

10 *Attorneys for Defendants*

11 *I certify that this memorandum contains 735*
  *words, in compliance with the Local Civil*
12 *Rules.*

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION FOR A STAY                UNITED STATES ATTORNEY
[Case No. 2:25-cv-00994-JNW] - 4             1201 PACIFIC AVE., STE. 700
                                      TACOMA, WA 98402
                                      (253) 428-3800

**ORDER**

Pursuant to the parties' Stipulated Motion, it is hereby ORDERED that the above captioned proceeding is stayed for the duration of the current lapse of appropriations. It is ORDERED that this stay be lifted automatically and immediately as soon as the lapse of appropriations has ended. It is further ORDERED that the parties to confer and file a joint status report within ten court days after the restoration of funding.

DATED this 28th day of October, 2025.

_____
JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION FOR A STAY
[Case No. 2:25-cv-00994-JNW] - 5

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800