UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MALIKA KADYROV fka
KURBANOVA,

                    Plaintiff,

        v.

KRISTI NOEM, Secretary of US
Department of Homeland Security, et
al.,

                    Defendants.

CASE NO. 2:25-cv-994-JNW

ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO DISMISS

        Plaintiff Malika Kadyrov brings this mandamus action to compel Defendants to adjudicate her I-589 Application for Asylum. Dkt. No. 1 (Complaint for Declaratory and Injunctive Relief and for Writ of Mandamus). Before the Court is Defendants' unopposed motion to dismiss for mootness and improper venue. Dkt. No. 15. Defendants assert that United States Citizenship and Immigration Services ("USCIS") adjudicated Kadyrov's Form I-589 on October 3, 2025, and issued her a notice to appear before an immigration judge. *See* Dkt. No. 16-2. Because the relief Kadyrov sought has been provided, her claims are moot. Kadyrov does not oppose

**ORDER** GRANTING DEFENDANTS' UNOPPOSED MOTION TO DISMISS - 1

the motion, which the Court may treat as an admission that the motion has merit. LCR 7(b)(2).

Accordingly, the Court GRANTS the motion to dismiss. Dkt. No. 15. The Clerk of the Court is DIRECTED to enter judgment and close this case.

Dated this 24th day of February, 2026.

_____
Jamal N. Whitehead
United States District Judge

**ORDER** GRANTING DEFENDANTS' UNOPPOSED MOTION TO DISMISS - 2